**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. SA CV 10-01812-DOC (Ex)                  Date: January 19, 2011

Title: PACIFIC BUILDING CARE, INC. v. NATIONAL UNION FIRE INSURANCE COMPANY, AMERICAN INTERNATIONAL GROUP, INC., AMERICAN HOME ASSURANCE COMPANY, AND DOES 1-70

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| KATHY PETERSON | Not Present |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                        NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION; CONTINUING HEARING DATE

       On November 29, 2010 this action was brought before this Court. However, the Complaint does not adequately allege federal question or diversity jurisdiction with this Court. In the Complaint, Plaintiff brings only a state law claim, a violation of Cal. Bus. & Prof. Code. § 17200, *et seq*. According to the Complaint, both Plaintiff and one Defendant have their principal place of business in California, and no amount in controversy exceeding $75,000 is alleged.

       Accordingly, Pacific Building Care, Inc. is hereby ORDERED TO SHOW CAUSE in writing by February 18, 2011 why this action should not be dismissed for lack of subject matter jurisdiction. The hearing on Plaintiff's Motion for Preliminary Injunction (Docket 6) currently set for January 24, 2011 at 8:30 a.m., is hereby continued to **February 28, 2011** at **8:30 a.m.**

       The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC                        Initials of Deputy Clerk kp
CIVIL - GEN                                                     Page 1 of 1